**James E. MAST, Jr., and Estate of Shirley Mast by James Mast as Personal Representative, Appellants,**

v.

**SURGICAL SERVICES OF SEDALIA, L.L.C., Dr. Stuart J. Braverman, M.D ., Sedalia Internal Medicine Specialists, P.C., David H. Wuellner, M.D. and City of Sedalia d/b/a Bothwell Regional Health Center, Respondents.**

No. WD 58136.

Missouri Court of Appeals,
Western District.

Submitted Aug. 16, 2000.

Nov. 28, 2000.

Connie J. Clark, Osage Beach, for appellant.

D. Bruce Keplinger, Overland Park, KS, for respondents Surgical Services and Dr. Braverman.

John L. Roark, Columbia, for respondents Sedalia Internal Medicine Specialists and Dr. Wuellner.

Ralph M. Humphreys, Jefferson City, for respondent City of Sedalia.

Before HOLLIGER, P.J.,
BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM:

James E. Mast, Jr., appeals a judgment entered in favor of the City of Sedalia in a medical negligence action he brought against the City.

For the reasons discussed in the memorandum provided to the parties, the judgment of the trial court is affirmed. Rule 84.16(b). Respondent's motion for sanctions is denied.